FILED
 2022 Jun-16  PM 01:41
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| STATE OF ALABAMA, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 4:22-cv-00418-CLM |
| ) | |
| ALEJANDRO MAYORKAS, *et al.* ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION TO EXPAND PAGE LIMIT

Defendants respectfully move the Court to extend the page limitation for Defendants' motion to dismiss to 20 pages. Expanded briefing will allow Defendants to provide necessary legal and factual background that will aid in the Court in resolving the motion. Plaintiffs are unopposed to this request.

Dated: June 16, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 */s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
Trial Attorney
ADAM D. KIRSCHNER
IL Bar. No. 6286601
Senior Trial Counsel
MICHAEL F. KNAPP

CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-7667
Fax: (202) 616-8460
Email: Brian.C.Rosen-Shaud@usdoj.gov
      Adam.Kirschner@usdoj.gov
      Michael.F.Knapp@usdoj.gov
      Kuntal.Cholera@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address</u>
1100 L Street NW
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 16, 2022.

          */s/ Brian Rosen-Shaud*
          BRIAN C. ROSEN-SHAUD