FILED
2022 Jul-13 PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

STATE OF ALABAMA;
STATE OF FLORIDA;
STATE OF GEORGIA,

    *Plaintiffs*,

    v.                                  Case No. 4:22-cv-418-CLM

ALEJANDRO MAYORKAS, *et al.*,

    *Defendants*.
_____/

## JOINT MOTION TO STAY ALL DEADLINES PENDING THE SUPREME COURT'S DECISION IN *UNITED STATES V. TEXAS*

The parties jointly move to stay all current deadlines in this case pending resolution of an application for a stay currently pending before the U.S. Supreme Court. *See* Appl. Stay, *United States v. Texas*, No. 22A17 (U.S. Jul. 8, 2022). As grounds, the parties state as follows:

1.    On June 21, 2022, Defendants filed a motion to dismiss Plaintiffs' complaint. *See* Doc. 9. On June 29, 2022, Plaintiffs moved for a two-week extension of time to respond to Defendants' motion, which the Court granted. *See* Docs. 12 & 13. Currently, the deadline for Plaintiffs' response to Defendants' motion is July 21, 2022, with Defendants' reply due July 28, 2022. Doc. 13. The parties' deadline to complete the planning conference is currently July 21, 2022.

1

2. As outlined in Plaintiffs' motion for extension of time, Doc. 12 ¶ 2, the Southern District of Texas recently vacated the immigration policies challenged by Plaintiffs in this case. That vacatur applies nationwide.

3. On July 6, 2022, the Fifth Circuit issued an opinion denying the government's request for a stay of the district court's judgment pending appeal. *See Texas v. United States*, No. 22-40367, 2022 WL 2466786 (5th Cir. July 6, 2022).

4. On July 8, 2022, the government filed an application for a stay of the judgment in the U.S. Supreme Court. *See* Appl. Stay, *United States v. Texas*, No. No. 22A17 (U.S. Jul. 8, 2022). The government noted that the Supreme Court may wish to construe the application as a petition for a writ of certiorari before judgment. Justice Alito requested a response to the application by 5 p.m., July 13, 2022.

5. The Supreme Court's disposition of the stay application is likely to significantly impact the motion to dismiss briefing and further proceedings before this Court. Further, this Court's resolution of the motion to dismiss will be aided if both parties are able to address the Supreme Court's decision in their respective briefs.

6. Because the Supreme Court typically resolves stay applications expeditiously, a stay of all deadlines is unlikely to greatly delay resolution of this case. Further, a stay of all deadlines will prevent the need for supplemental briefing

on the pending motion to dismiss following the Supreme Court's decision, conserving both this Court's and the parties' resources.

Accordingly, the parties request that all deadlines be stayed pending the Supreme Court's ruling on the government's application for the stay. No later than two weeks after the Supreme Court's decision, the parties will submit a joint status report and proposal for further proceedings.

    Respectfully submitted,

    STEVE MARSHALL
    ATTORNEY GENERAL OF ALABAMA
    Edmund G. LaCour Jr.
    SOLICITOR GENERAL OF ALABAMA
    Office of the Alabama Attorney General
    501 Washington Avenue
    Montgomery, AL 36130-0152
    (334) 353-2196
    edmund.lacour@alabamaag.gov

    *Counsel for the State of Alabama*

    ASHLEY MOODY
    ATTORNEY GENERAL OF FLORIDA
    */s/ James H. Percival*
    James H. Percival*
    DEPUTY ATTORNEY GENERAL OF LEGAL POLICY
    *pro hac vice
    Office of the Attorney General
    The Capitol, Pl-01
    Tallahassee, Florida 32399-1050
    (850) 414-3300
    (850) 410-2672 (fax)
    james.percival@myfloridalegal.com

    *Counsel for the State of Florida*

CHRISTOPHER M. CARR
ATTORNEY GENERAL OF GEORGIA
Stephen J. Petrany*
SOLICITOR GENERAL OF GEORGIA
*pro hac vice
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for the State of Georgia*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 /s/ Brian Rosen-Shaud
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
Trial Attorney
ADAM D. KIRSCHNER
IL Bar. No. 6286601
Senior Trial Counsel
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-7667
Fax: (202) 616-8460
Email: Brian.C.Rosen-Shaud@usdoj.gov
        Adam.Kirschner@usdoj.gov
        Michael.F.Knapp@usdoj.gov
        Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883

Washington, D.C. 20044

Courier Address
1100 L Street NW
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that on July 13, 2022, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

<i>/s/ James H. Percival</i>
James H. Percival