UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **STATE OF ALABAMA, et al.,**<br>    Plaintiffs,<br><br>**v.**<br><br>**ALEJANDRO MAYORKAS, et al.,**<br>    Defendants. | Case No. 4:22-cv-418-CLM |

## ORDER

The parties have jointly moved to stay all current deadlines in this case pending resolution of an application for stay in related litigation currently pending before the U.S. Supreme Court. (Doc. 14). The court **GRANTS** the motion (doc. 14) and **STAYS** all pending case deadlines. The parties shall file a joint status report and proposal for further proceedings no later than two weeks after the Supreme Court rules on the government's stay application in *United States v. Texas*, 22A17.

**Done** and **Ordered** on July 15, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE